AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CE LINE ONE CORPORATION LIMITED f/k/a FIVE OCEAN'S TRADING ASIA LIMITED, and DIPTSY MOLINA<br><br>*Plaintiff(s)*<br>v.<br>DARREN NEIL MASTERS, JONATHAN CHARLES GOLDSTEIN, and JONATHAN C. GOLDSTEIN P.C.<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-09889 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jonathan C. Goldstein P.C.
66 Madison Avenue Apt. 6H
New York, New York 10016-8708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Diaz, Jr., and Javier Coronado Diaz
Diaz, Reus & Targ, LLP
100 S.E. 2nd Street, Suite 3400
MIami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/26/2024

*Tammi M. Hellwig*

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*