

1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889

Anthony Galano, III
agalano@egsllp.com

# MEMO ENDORSED.

July 21, 2025

**Via ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

   **Re:** *Ce Line One Corporation Limited et al v. Masters et al*
      **Case No. 1-24-cv-09889-RA)**

Dear Judge Wang:

  This Firm represents Defendants Jonathan Charles Goldstein ("Mr. Goldstein") and Jonathan C. Goldstein P.C. ("Goldstein P.C.", and together with Mr. Goldstein, collectively "Goldstein") in the above-referenced action. We write to request (1) an adjournment of the Initial Pretrial Conference, (2) an extension of time for Goldstein to serve initial disclosures and for the parties to file the Proposed Scheduling Order. We were retained by Goldstein on the afternoon of Friday, July 18, 2025 and respectfully request an adjournment in order to confer with Goldstein and to conduct a diligent review of the docket and the various background documents concerning this action that we received today.

  On July 7, 2025, Goldstein, proceeding <u>Pro Se</u>, attended a Rule 26(f) conference with the parties and accordingly, the parties' initial disclosures are due on July 21, 2025. Pursuant to the Initial Case Management Conference Order dated April 29, 2025 (Dkt No. 46), the Proposed Scheduling Order is due on July 22, 2025, and the Initial Pretrial Conference is scheduled for July 29, 2025.

  Goldstein respectfully requests a 30-day extension for Goldstein to serve initial disclosures and for the parties to file the Proposed Scheduling Order. Additionally, please be advised that the parties are available for the Initial Pretrial Conference on September 4, 2025 and September 10, 2025. Based on the foregoing, good cause exists to grant the relief sought herein because we have only recently been retained and require additional time to sufficiently become familiar with the matter.

Hon. Ona T. Wang<br>
Page 2<br>
July 21, 2025

  On July 21, 2025, the undersigned conferred with counsel for Plaintiffs who consent to this request. Goldstein has previously requested one extension of time, unrelated to the relief sought herein, which was granted.

  We thank the Court for its consideration of this matter.

Respectfully submitted,

_____

Anthony Galano, III, Esq.
1345 Avenue of the Americas, 11th Fl.
New York, NY 10105
agalano@egsllp.com

*Attorneys for Defendants*
*Jonathan Charles Goldstein and*
*Jonathan C. Goldstein P.C.*

---

The parties' request for adjournment is **GRANTED.**

The conference currently scheduled for **JULY 29, 2025** is **ADJOURNED** to **SEPTEMBER 4, 2025** at **12:00 PM.**

**IT IS FURTHER ORDERED** that the Defendant's deadline to serve initial disclosures and the parties' deadline to submit a Proposed Scheduling Order are extended to **AUGUST 21, 2025**.

**SO ORDERED.**

_____
Ona T. Wang   July 22, 2025