UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CE LINE ONE CORPORATION LIMITED f/k/a FIVE OCEAN'S TRADING ASIA LIMITED, et al.,

          Plaintiffs,

-against-

DARREN NEIL MASTERS, et al.,

          Defendants.
------------------------------------------------------------x

24-CV-9889 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 71. That request was improperly submitted and will not be reviewed. Accordingly, it is **DENIED**.

Any attorney who desires to bring electronic devices to the September 4, 2025, Status Conference should review the Court's Individual Rules and Practices and act accordingly.

Counsel for the Plaintiff is directed to serve a copy of this notice to the *pro se* Defendant and file proof of service on the docket.

The Clerk of Court is respectfully directed to close ECF 71.

**SO ORDERED.**

Dated: August 28, 2025
      New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge