**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
CE LINE ONE CORPORATION LIMITED f/k/a FIVE OCEAN'S TRADING ASIA LIMITED, et al.,

          Plaintiffs,

     -against-

DARREN NEIL MASTERS, et al.,

          Defendants.
---------------------------------------------------------------x

24-CV-9889 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Case Management Conference scheduled for 12:00pm on September 9, 2025, will now be held **September 9, 2025, at 11:30am**.

Counsel for Plaintiffs are directed to serve a copy of this order on *pro se* Defendant and file proof of service on the docket no later than **September 2, 2025**.

    **SO ORDERED.**

Dated: September 2, 2025
New York, New York

          /s/ Ona T. Wang
          **Ona T. Wang**
          United States Magistrate Judge