**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CE LINE ONE CORPORATION LIMITED f/k/a FIVE :
OCEAN'S TRADING ASIA LIMITED, et al.,        :

             Plaintiffs,         :

        -against-        :

DARREN NEIL MASTERS, et al.,       :

           Defendants.      :

------------------------------------------------------------x

        24-CV-9889 (RA) (OTW)

        **ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court's previous order directing a conference to be held on September 9 was in error.

The Initial Case Management Conference scheduled for 12:00pm on September 4, 2025, will now be held **September 4, 2025, at 11:30am**.

Counsel for Plaintiffs are directed to serve a copy of this order on *pro se* Defendant and file proof of service on the docket no later than **September 2, 2025**.  Counsel for Plaintiffs need not serve ECF 75 on *pro se* Defendant.

The Clerk of Court is respectfully directed to **STRIKE** ECF 75.

**SO ORDERED.**

        */s/ Ona T. Wang*

Dated: September 2, 2025        **Ona T. Wang**
New York, New York        United States Magistrate Judge