**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
CE LINE ONE CORPORATION LIMITED f/k/a FIVE
OCEAN'S TRADING ASIA LIMITED, et al.,

           Plaintiffs,

           -against-

DARREN NEIL MASTERS, et al.,

           Defendants.
---------------------------------------------------------------x

24-CV-9889 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on September 4, 2025. Plaintiffs and Defendants Jonathan Goldstein and Jonathan C. Goldstein P.C. (collectively, "Goldstein Defendants") appeared by counsel. *Pro se* Defendant Darren Neil Masters ("Masters") did not appear. Masters's failure to appear will be addressed in a separate Order to Show Cause.

As directed on the record:

- The motion to stay discovery at ECF 55 is **GRANTED IN PART AND DENIED IN PART**. Discovery is **STAYED** until **September 19, 2025**, as to the Goldstein Defendants but without prejudice to any 3rd party discovery.

- Plaintiffs and Goldstein Defendants are directed to meet and confer and file a joint letter on the docket, no later than **September 19, 2025**, informing the Court whether Goldstein Defendants will withdraw their "motion for judicial notice" at ECF 36 and/or their motion to dismiss at ECF 34.

- If the Goldstein Defendants elect to file a new motion to dismiss, they shall include a proposed briefing schedule in the joint letter.

- The parties shall also discuss a plan to complete discovery in a timely manner once the stay is lifted.

Plaintiffs and Goldstein Defendants are directed to order a copy of the transcript from the conference, splitting the cost evenly, and to each serve a copy of the transcript and this Order, on *pro se* Defendant Masters, and file proof of such service on the docket.

The Clerk of Court is respectfully directed to close ECF 55.

**SO ORDERED.**

Dated: September 8, 2025  
New York, New York

*/s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge