UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CE LINE ONE CORPORATION LIMITED f/k/a FIVE :
OCEAN'S TRADING ASIA LIMITED, et al.,             :
                                                  :   24-CV-9889 (RA) (OTW)
                  Plaintiffs,                     :
                                                  :   **ORDER ON MOTION**
              -against-                           :   **TO COMPEL**
                                                  :
DARREN NEIL MASTERS, et al.,                      :
                                                  :
                  Defendants.                     :
                                                  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 73, Plaintiffs' "Motion to Compel [Defendant] Masters to provide initial disclosures."

According to the Court's July 22 Scheduling Order, the parties were to make all their initial disclosures under Fed. R. Civ. P. 26 no later than August 21, 2025. (ECF 62). On August 27, Plaintiffs' counsel "conferred by email" with Masters to request his overdue initial disclosures. (ECF 73). On August 29, after Plaintiffs still did not receive Masters's disclosures, Plaintiffs filed the instant motion to compel. (ECF 73). Masters did not respond to Plaintiffs' motion.

Accordingly, Plaintiffs' application is **GRANTED.**

Defendant Masters shall make all initial disclosures required under Fed. R. Civ. P. 26 no later than **September 15, 2025**. Failure to do so may result in monetary or other sanctions pursuant to Fed. R. Civ. P. 16(f) (authorizing the imposition of fees and costs and sanctions listed in Fed. R. Civ. P. 37(b)(2)(A)(ii)-(vii)); Fed. R. Civ. P. 37; and/or the Court's inherent authority.

Plaintiffs are direct to serve a copy of this Order on Defendant Masters and file proof of such service on the docket.

The Clerk of Court is respectfully directed to close ECF 73.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: September 8, 2025<br>New York, New York | */s/  Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |