**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
CE LINE ONE CORPORATION LIMITED f/k/a FIVE
OCEAN'S TRADING ASIA LIMITED, et al.,

          Plaintiffs,

          -against-

DARREN NEIL MASTERS, et al.,

          Defendants.
---------------------------------------------------------------x

24-CV-9889 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that Defendant Darren Neil Masters ("Masters") has not filed any opposition to either Plaintiffs' September 19 motion for sanctions (ECF 84), or his Co-Defendants' September 22 motion for sanctions. (ECF 92).

In light of the special solicitude required for *pro se* parties, the Court will extend Masters one final chance to file his opposition to these motions by **November 10, 2025**. If he does not respond, the Court will deem those motions unopposed.

Plaintiffs are directed to serve a copy of this Order and ECF Nos. 81, 84, and 92 on Defendant Masters no later than **October 31** and file proof of such service on the docket.

      **SO ORDERED.**

Dated: October 28, 2025
New York, New York

                                                        */s/ Ona T. Wang*
                                                        **Ona T. Wang**
                                                        United States Magistrate Judge