UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CE LINE ONE CORPORATION LIMITED f/k/a FIVE : 
OCEAN'S TRADING ASIA LIMITED, et al.,                   :
                                                                           :
                             Plaintiffs,                          :          24-CV-9889 (RA) (OTW)
                                                                           :
              -against-                                          :          **ORDER**
                                                                           :
DARREN NEIL MASTERS, et al.,                           :
                                                                           :
                             Defendants.                       :
                                                                           :

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court previously granted *pro se* Defendant Darren Neil Masters ("Masters") an extension of his deadline to oppose ECF Nos. 84 and 92, the currently pending motions for sanctions against him. (ECF 102). Masters has not filed any opposition a week after the November 26 deadline to do so. Accordingly, ECF 100 is now **DENIED WITH PREJUDICE**. Both motions for sanctions are deemed submitted.

Separately, it appears that ECF Nos. 84 and 92 were terminated in error by ECF 102. The Clerk of Court is respectfully directed to reopen ECF Nos. 84 and 92.

             **SO ORDERED.**

                                                                           */s/ Ona T. Wang*
Dated: December 4, 2025                                 **Ona T. Wang**
New York, New York                                       United States Magistrate Judge