

**DIAZ REUS INTERNATIONAL LAW FIRM**
MIAMI OFFICE
100 S.E. 2nd Street
3400 Miami Tower
Miami, Florida 33131
Tel: (305) 375-9220
Fax: (305) 375-8050
www.diazreus.com

March 26, 2026

***Via Electronic Filing***
The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:** ***Ce Line One Corporation Limited Et Al V. Masters Et Al*** **(Case No. 1-24-cv-09889-RA)**
> **Letter Regarding Defendant Darren Neil Masters's Failure to Oppose Outstanding Motions for Sanctions**

Dear Judge Wang:

Our law firm represents Plaintiffs, CE Line One Corporation Limited (f/k/a Five Ocean's Trading Asia Limited) ("CE Line") and Diptsy Molina ("Molina"). We write to bring to your attention *pro se* Defendant Darren Neil Masters's ("Masters") failure to respond to Plaintiffs' pending motions for sanctions within the Court-ordered deadlines.

Plaintiffs CE Line and Molina have attempted to diligently prosecute this case against Masters. However, Masters has failed to meaningfully participate in this case aside from filing a motion to dismiss that substantially copied Defendant Jonathan C. Goldstein's earlier *pro se* motion, and a single request for extension of time. *See generally* Docket; ECF Nos. 52, 100. Masters has evaded service, shirked his discovery obligations, and willfully violated multiple court orders without valid excuse. When confronted, Masters responds with insults and threats.

On September 19, 2025, Plaintiffs filed their First Motion for Sanctions against Masters for his failure to appear at a Court-ordered Rule 16 conference, his refusal to participate in Rule 26(f) conferrals, and his failure to provide his Rule 26(a) initial disclosures. *See* ECF Nos. 84, 85. Masters failed to file any opposition to Plaintiffs' First Motion for Sanctions. The Court accordingly deemed the motion submitted, and it remains pending to date. *See* ECF No. 106.

After Plaintiffs brought Masters' continued noncompliance and discovery misconduct to the Court's attention, on February 10, 2026, the Court entered an order requiring Plaintiffs to file a Second Motion for Sanctions by February 24, 2026, and Masters to file his opposition thereto by March 24, 2026. *See* ECF No. 110. The Court expressly warned Masters that **"a failure to file an opposition by the deadline will result in the Court deeming the motion unopposed which could result in sanctions up to and including a recommendation that a default judgment be entered in favor of Plaintiff[s]."** *Id.* (emphasis in original).

Plaintiffs filed their Second Motion for Sanctions on February 24, 2026, as directed. *See* ECF No. 112. However, Masters has failed to file any opposition to date, missing the Court-ordered March 24, 2026 deadline.

Because Masters has failed to participate in this case, has engaged in pervasive discovery misconduct, has willfully disobeyed multiple Court orders, and has been warned of the consequences for his behavior—including the possibility of default judgment as a sanction—Plaintiffs respectfully reiterate their position that the entry of default judgment against Masters is warranted pursuant to Federal Rule of Civil Procedure 37, as formally requested in Plaintiffs' First and Second Motions for Sanctions. *See* ECF No. 85 at 9-12; ECF No. 113 at 11-16.

Plaintiffs stress that lesser sanctions will be ineffective. Masters's conduct will continue, and he has already made clear that any adverse relief from this Court would be "irrelevant to [him] because [he is] not in the jurisdiction." *See* ECF No. 109-2, p. 20:7-11. The Court should vindicate its authority accordingly.

DATED: March 26, 2026          Respectfully submitted,

DIAZ REUS & TARG, LLP
100 Southeast Second Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 365-9220

By: /s/ *Gabor Gazso von Klingspor*
Javier Coronado Diaz (New York Bar No. 5584842)
Attorney Email: jcoronado@diazreus.com
Michael Diaz, Jr. (Florida Bar No. 606774)
Attorney Email: mdiaz@diazreus.com
(*Admitted Pro Hac Vice*)
Gabor Gazso von Klingspor (Florida Bar No. 1058977)
Attorney Email: ggazso@diazreus.com
(*Admitted Pro Hac Vice*)

*Counsel for Plaintiffs*

cc. Defendant Darren Neil Masters
   neil.masters@snadvisory.com
   dneilmasters@googlemail.com