UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CE LINE ONE CORPORATION LIMITED
f/k/a FIVE OCEAN'S TRADING ASIA
LIMITED, and DIPTSY MOLINA,

               Plaintiffs,

       v.

DARREN NEIL MASTERS, JONATHAN
CHARLES GOLDSTEIN, and JONATHAN C.
GOLDSTEIN P.C.,

               Defendants.

24-CV-9889 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Goldstein Defendants have requested oral argument to address their motion to dismiss the Complaint. Oral argument will be held on the motion on June 25, 2026 at 3:30 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. If this day is inconvenient for the parties, they shall so advise the Court by June 5, 2026.

Plaintiff is directed to serve Masters with this Order by certified mail and email by June 5, 2026 and file proof of service on the docket.

SO ORDERED.

Dated:      May 29, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge