UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CE LINE ONE CORPORATION LIMITED f/k/a FIVE OCEANS TRADING ASIA LIMITED and DIPTSY MOLINA,

Plaintiffs,

v.

DARREN NEIL MASTERS; JONATHAN CHARLES GOLDSTEIN; and JONATHAN C. GOLDSTEIN, P.C.,

Defendants.

24-CV-9889 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 17, 2026, Magistrate Judge Wang issued a Report & Recommendation (the "Report") recommending that Defendant Darren Neil Masters be found in default and that an inquest on damages be ordered. No later than tomorrow, September 4, 2026, Plaintiffs shall serve the Report upon Mr. Masters by both certified mail and email, and file proof of service on the docket. To the extent service has already been effectuated, Plaintiffs shall instead file proof of service and the date of such service by tomorrow.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Ronnie Abrams
United States District Judge